# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Tony Derrell Bunch | ) Case No. **14-0884SAG** |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, April 2, 7, and 8, 2014__ in the county of __Baltimore and Anne Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 2113(a) and (f) | Bank Robbery |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Dane, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/11/2014

_____
*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**14-0884SAG**

I, <u>Robert D. Dane</u>, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), duly appointed by law and acting as such. I have been employed as a Special Agent since March 2010, and am currently assigned to the FBI - Baltimore (MD) Domicile, Violent Crimes Unit. As part of my primary responsibilities, I investigate violent crimes. These crimes include commercial and bank robberies of financially insured institutions. In my capacity as a Special Agent, I am authorized to obtain and serve federal arrest warrants.

2. Prior to becoming an FBI Special Agent, I was employed as a Special Agent with the United States Capitol Police (USCP) for approximately eight (8) years. During my tenure with USCP, I was tasked with the investigation of violent crimes against Members of Congress and their families.

3. This affidavit is based upon your affiant's personal knowledge, information provided by other law enforcement personnel, and evidence obtained during this investigation. The information submitted herein is not all of the information that has been developed during the course of this investigation but is focused to provide sufficient probable cause to support the charges that Tony Bunch committed the robberies of the herein described banks, all of which were at the times of the robberies, insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and (f).

**PROBABLE CAUSE**

4. On March 24, 2014, at about 10:09 a.m., Baltimore County Police Department (BCPD) responded to the Wells Fargo Bank, located at 860 Rolling Rd, Catonsville, MD, in Baltimore



**14-0884SAG**

County for a report of an armed bank robbery. The suspect was described as a black male, between 20-30 years old, approximately 5'6"-5'8", with a medium build. He was wearing a grey hooded sweatshirt, black sunglasses, a knit cap, and jeans. The black male approached the teller counter and passed her a note. The note stated that he had a gun and to give him all of the $100's, $50's, and $20's. The note also said if she gave him any dye packs he would shoot her. He fled on foot after taking $920 in U.S. Currency, from the care, custody and control of this bank, which was at time insured by the Federal Deposit Insurance Corporation.

5. On April 2, 2014, at about 10:45 a.m., BCPD responded to a Wells Fargo Bank located at 582 Frederick Road, Catonsville, Maryland for the report of another armed bank robbery. The suspect was described as a black male, 20-25 years old, 5'4" in height, approximately 140 lbs. He was wearing a light grey hooded sweatshirt, blue jeans and a white hat, matching the description of the prior bank robbery. The suspect placed a demand note against the teller glass and the note stated he had a gun and he wanted $4,000 USD or he would start shooting up the place. Subsequently, the suspect displayed a second note which stated that he did not want a dye pack or he would shoot. He fled on foot after taking $2,430 in U.S Currency.

6. On April 7, 2014, at about 10:15 a.m., BCPD responded to a Wells Fargo Bank located at 8522 Liberty Road, Randallstown, Maryland for the report of another armed bank robbery. The suspect was wearing a grey mask, brown jacket, blue jeans and white knit, again matching the description of the suspect in the above listed bank robberies. The robber approached the teller counter and told the bank employees to get down and give him all the 50's and 100's. He fled on foot after taking $1939.79 in U.S. Currency.

7. On April 8, 2014, at approximately 11:55 a.m., BCPD responded to a Suntrust Bank located at 111 Orville Road, Essex, Maryland for the report of an armed bank robbery. The

suspect was wearing a grey hooded sweatshirt, blue jeans and a tan knit cap. The suspect walked into the bank and approached the victim's teller window. The suspect handed the teller a note that demanded her to give him the money in her register. The suspect fled on an orange bicycle taking $3,761 in U.S Currency.

9. On April 10, 2014, the writer was contacted by the Anne Arundel Police Department (AAPD) in reference to a bank robbery of Bay Bank that occurred on April 4, 2014. The suspect in this bank robbery had left a demand note at the scene of the crime. The AAPD collected the note and sent it to their latent fingerprint unit for examination. AAPD was able to validate its results and confirmed that the fingerprint on the demand note was from Tony BUNCH. A photograph was obtained for BUNCH and compared to photos taken from the above captioned bank surveillance footage. After comparison of the images, it was confirmed the surveillance photos matched the image obtained of BUNCH.

10. Based on the aforementioned facts, the undersigned submit that there is probable cause to believe that Tony Derrell BUNCH, a black male, with date of birth in August xx, 1982, has violated Title 18 U.S.C. § 2113(a) and (f).

Your affiant has signed this document under oath and further states that the contents are true and correct to the best of my knowledge.

Robert Dane, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on April 11, 2014.

Stephanie A. Gallager
United States Magistrate Judge

3